OPINION — AG — WHERE WITNESSES ARE SUBPOENAED TO ATTEND BEFORE THE COUNTY COURT IN A MATTER IN WHICH SAID COURT SITS AS A JUVENILE COURT TO TRY THE MERITS OF A PETITION TO DECLARE A MINOR TO BE NEGLECTED OR DEPENDENT, SUCH WITNESSES ARE NOT ENTITLED TO BE PAID FEES AND MILEAGE FROM THE COURT FUND OF THE COUNTY. (PER DIEM) CITE: 28 O.S. 1961 82 [28-82], 10 O.S. 1961 105 [10-105], 10 O.S. 1961 101-114 [10-101] — [10-114] (CHARLES OWENS)